# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) | **AMENDED JUDGMENT** |
| Maurice Devel Person | ) ) ) | Case No:  4:07-CR-30-1FL<br>USM No:  25490-056 |
| Date of Original Judgment:       October 15, 2007<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | ) ) ) | Thomas P. McNamara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The guidelines amendment is applicable to the defendant; however, the defendant was previously sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment. See United States v. Copeland, No. 12-8027, 2013 WL 239092 (4th Cir. Jan. 23, 2013) (unpublished).

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 15, 2007 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  5/13/13

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*

EDNC 7/26/2012