UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Maurice Devel Person　　　　　　　　　　　　　　　　Docket No. 4:07-CR-30-1FL

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Devel Person, who, upon an earlier plea of guilty to Conspiracy to Distribute More than 500 Grams of Cocaine and More than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 15, 2007, to the custody of the Bureau of Prisons for a term of 131 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 9, 2009, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's sentence was reduced to 120 months custody.

　　Maurice Devel Person was released from custody on August 18, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 6, 2016, Person submitted to urinalysis screening which was confirmed positive for cocaine by Alere Laboratories on October 17, 2016. On October 20, 2016, the undersigned probation officer confronted the defendant regarding the violation. Person denied using cocaine, stating that he does not know how the substance entered his system, and suggested that it may have been in a cigarette he received from a friend at a party.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

**Maurice Devel Person**
**Docket No. 4:07-CR-30-1FL**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: October 25, 2016

## ORDER OF THE COURT

Considered and ordered this   25th   day of   October  , 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge