UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4: 07-CR-030-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MAURICE DEVEL PERSON, | ) |
| Defendant. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER ALLOWING APPELLATE COUNSEL TO
OBTAIN COPY OF PRE-SENTENCE REPORT
and STATEMENT OF REASONS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THIS CAUSE** is before the court on a Motion of the Appellate Counsel for the

Defendant to obtain a copy of the Defendant's Pre-Sentence Report and Statement of Reasons.

Counsel informs the court she requires a copy of the Pre-Sentence Report and Statement

of Reasons associated with the Judgment entered October 15, 2007 to include the documents in

the Joint Appendix and to perfect an appeal pending in this matter before the United States Court

of Appeals, Fourth Circuit.

**FOR GOOD CAUSE SHOWN** the Defendant's motion is ALLOWED.  It is thereby

ordered that a copy of the Pre-Sentence Report of Maurice Devel Person and any Statement of

Reasons related to the Judgment of October 15, 2007 be provided to counsel Terry F. Rose for

filing under seal with the United States Court of Appeals, Fourth Circuit as part of the Joint

Appendix.  The Case Manager is DIRECTED to provide a copy of the Pre-Sentence Report

and Statement of Reasons to counsel Terry F. Rose via electronic mail.

This the _____ day of January, 2018.

Honorable Louise W. Flanagan
United States District Court Judge, EDNC